```
USDC SDNY        Stein
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PCL (SHIPPING) PTE LTD.,                :
                                        :       08 CV 4567 (SHS)
                    Plaintiff,          :
                                        :
       - against -                      :
                                        :
VITOL INC,                              :
                                        :
                    Defendants.         :
------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: May 27, 2007
       Southport, CT

                                   The Plaintiff,
                                   PCL (SHIPPING) PTE LTD.,

                              By: _____
                                   Patrick F. Lennon (PL2162)
                                   LENNON, MURPHY & LENNON, LLC
                                   420 Lexington Ave., Suite 300
                                   New York, NY 10170
                                   Phone (212) 490-6050
                                   Fax (212) 490-6070
                                   pfl@lenmur.com


SO ORDERED 5/27/08
_____
U.S.D.J.